USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

UNITED STATES OF AMERICA   :  **ORDER**

   - v -       :  26 Cr. 116 (LAK)

ZANNIE MCMILLON,     :

      Defendant. :

-------------------------------------x

   Upon the application of **ZANNIE MCMILLON**, by his attorney,

**Michael Arthus, Esq.**, Federal Defenders of New York, and in the

interests of justice, it is hereby

   **ORDERED** that the Warden of Essex County Correctional Facility in

Newark, NJ (or whoever shall have supervision of Zannie McMillon, the

defendant in the above-captioned case) shall make available a private

room for Mr. McMillon to participate in an in-person psychological

evaluation with Dr. Jason Krellman at a date and time convenient to

all parties; and it is further

   **ORDERED** that Dr. Krellman may have access to Mr. McMillon

without his attorneys being present.

Dated: New York, New York
   March 27, 2026

                _____
                HONORABLE LEWIS A. KAPLAN
                UNITED STATES DISTRICT JUDGE