# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 19, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-26

**By ECF**
Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Re: <u>United States v. Zannie McMillon</u>
    **26-Cr-116 (LAK)**

Dear Judge Kaplan:

I represent Zannie McMillon in the above-captioned matter. I write to request that the Court adjourn the upcoming deadlines for pretrial motions and the upcoming conference by two weeks. No prior request for an extension has been made. The government has no objection.

Mr. McMillon was arraigned on March 25, and the Court set a schedule for pretrial motions at that appearance. The defense's pretrial motions are currently due on June 1, with the government's response due June 15 and the defense's reply due June 22. A conference is scheduled for June 25.

The parties are in the latter stages of plea negotiations. The defense recently provided the government with a neuropsychological report regarding Mr. McMillon. The parties are working in good faith toward a resolution, but will require a brief further adjournment to finalize those negotiations and to allow Mr. McMillon time to consider any offer the government may make. If a disposition is reached, the filing of pretrial motions would become unnecessary.

It is therefore requested that the Court grant a brief, two-week adjournment of the motion deadlines to permit the parties to conclude plea negotiations. The new proposed schedule is:

- Defense Motions Due: June 15
- Government Response Due: June 29
- Defense Reply Due: July 6
- Conference: any date the week of July 13

The defense consents to the exclusion of time until the next conference date under 18 U.S.C. § 3161(h)(7)(a).

Granted on the condition that conference be held by video for 7/14/26 at 10:30 am.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Patrick Gallagher

SO ORDERED
5/21/26

LEWIS A. KAPLAN, USDJ