# Federal Defenders

**MEMO ENDORSED**

## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/26

**By ECF**
Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Time excluded for Speedy Trial Act purposes
from today to and including June 10, 2026 9/9/26:
The interests of justice served thereby out-
weigh the interests of the public and the
defendant in a speedy trial

☒ for reasons stated above

☐ because _____

SO ORDERED

Lewis A. Kaplan, United States District Judge

6/17/26

Re: **United States v. Zannie McMillon**
    **26-Cr-116 (LAK)**

Dear Judge Kaplan:

I represent Zannie McMillon in the above-captioned matter. I write to request that the Court grant a final, one-month adjournment of the upcoming deadlines for pretrial motions and the upcoming conference. The government has no objection.

Mr. McMillon was arraigned on March 25, and the Court set a schedule for motions at that appearance. One two-week extension has previously been granted. The defense's pretrial motions are currently due on June 15, with the government's response due June 29 and the defense's reply due July 6. A conference is scheduled to take place by video on July 14.

The parties are in the final stages of plea negotiations and anticipate reaching a resolution. Additional time is needed to finalize those negotiations and to allow Mr. McMillon time to consider any offer the government may make. If a disposition is reached, the filing of pretrial motions would become unnecessary. It is not anticipated that any further adjournments will be necessary.

It is therefore requested that the Court grant a final, one-month adjournment of the motion deadlines to permit the parties to conclude plea negotiations. The new proposed schedule is:

- Defense Motions Due: July 13
- Government Response Due: July 27
- Defense Reply Due: August 3
- Conference: ~~any date the week of August 10~~ 9/9/26 at 2:30 pm

The defense consents to the exclusion of time until the next conference date under 18 U.S.C. § 3161(h)(7)(a).

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Patrick Gallagher